<div style="font-variant: small-caps">Fenwick & West LLP<br>Attorneys At Law<br>San Francisco</div>

| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB NO. 178058) |
|   | jwakefield@fenwick.com |
| 2 | BRYAN A. KOHM (CSB NO. 233276) |
|   | bkohm@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:     (415) 875-2300 |
| 5 | Facsimile:      (415) 281-1350 |

Attorneys for Plaintiff
Study Abroad Italy, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDY ABROAD ITALY, INC., a corporation, | Case No.  3:09-cv-01390 MHP |
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |
| v. | |
| WILLIAM D. JOHNSON, an individual, and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Study Abroad Italy, Inc. ("SAI") hereby dismisses all claims in this action with prejudice.

Dated: August 26, 2009                                    FENWICK & WEST LLP


By:   */s/ Bryan A. Kohm*
         Bryan A. Kohm
Attorneys for Plaintiff
Study Abroad Italy, Inc.

IT IS SO ORDERED

Judge Marilyn H. Patel

NOTICE OF DISMISSAL                                                       CASE NO. 3:09-CV-1390 MHP

## PROOF OF SERVICE

The undersigned declares as follows:

I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, California 94104. On the date set forth below, I served a copy of the following document(s):

NOTICE OF DISMISSAL

on the parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

Perry Q. Minton
**Minton, Burton, Foster & Collins**
A Professional Corporation
1100 Guadalupe St., Austin, Texas 78701
Fax: (512) 479-8315
pminton@mbfc.com

[X] **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: August 26, 2009

_____
Aurelia Nolen

PROOF OF SERVICE                                                         Case No.3:09-cv-01390 MHP